# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIARA BURTON a/k/a<br>HERMAN BURTON, | : | **1:19-CV-01574** |
| Plaintiff | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| SECRETARY JOHN WETZEL, *et al.*, | : | |
| Defendants | : | |

## ORDER
April 1, 2020

On December 17, 2019, Burton filed a motion for a preliminary injunction and a temporary restraining order. She requested and received three extensions of time to file a brief in support of that motion. Most recently, Burton was granted an extension of time until March 12, 2020, to file her brief in support. Despite the numerous extensions of time, Burton has not filed a brief in support of her motion.

Local Rule 7.5 provides:

> Within fourteen (14) days after the filing of any motion, the party filing the motion shall file a brief in support of the motion. If the motion seeks a protective order, a supporting brief shall be filed with the motion. If a supporting brief is not filed within the time provided in this rule the motion shall be deemed to be withdrawn. A brief shall not be required: (a) In support of a motion for enlargement of time if the reasons for the request are fully stated in the motion, (b) In support of any motion which has concurrence of all parties, and the reasons for

the motion and the relief sought are fully stated therein, or (c) In support of a motion for appointment of counsel.

Because Burton has not filed a brief in support of her motion for a preliminary injunction and a temporary restraining order, that motion is deemed withdrawn in accordance with Local Rule 7.5.

**IT IS ORDERED** that Burton's motion for a preliminary injunction and a temporary restraining order (*doc. 18*) is deemed **WITHDRAWN**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge