UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIARA BURTON a/k/a HERMAN BURTON, | : | **1:19-CV-01574** |
| Plaintiff, | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| SECRETARY JOHN WETZEL, *et al.*, | : | |
| Defendants. | : | |

# ORDER
October 23, 2020

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that Burton's motions (*docs. 47*, *59*) for preliminary injunctive relief are **DISMISSED AS MOOT**.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge