UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIARA BURTON a/k/a<br>HERMAN BURTON, | : | **1:19-CV-01574** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| SECRETARY JOHN WETZEL, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**
April 15, 2021

For the reasons set forth in the Memorandum Opinion filed concurrently with this Order, **IT IS ORDERED** that the defendants' partial motion (*doc. 70*) to dismiss is **DENIED**. **IT IS FURTHER ORDERED** that the claims against the defendants in their official capacities are dismissed; defendant Wetzel is dismissed from this action; and Burton's Eighth Amendment and due process claims are dismissed.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge