UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIARA BURTON a/k/a HERMAN BURTON, | : | **1:19-CV-01574** |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | (Magistrate Judge Schwab) |
| | : | |
| SECRETARY JOHN WETZEL, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER
July 23, 2021

**IT IS ORDERED** that on or before **August 6, 2021**, the defendants shall file a response to Burton's letter (*doc. 105*) in which Burton contends that the defendants have failed to respond to her discovery requests.

*S/Susan E. Schwab*
Susan E. Schwab
United States Magistrate Judge