UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NIARA BURTON a/k/a<br>HERMAN BURTON, | : | CIVIL NO: 1:19-CV-01574 |
| | : | |
| Plaintiff | : | |
| | : | (Magistrate Judge Schwab) |
| v. | : | |
| | : | |
| SECRETARY JOHN WETZEL,<br>*et al.*, | : | |
| | : | |
| Defendants | : | |

# **ORDER**
January 5, 2022

On December 28, 2021, Burton filed a letter (*doc. 132*) with the court complaining that officers at SCI Houtzdale are retaliating against her, and she requests that the court schedule a conference call with the parties. Although a letter requesting a phone conference is appropriate when the parties have a discovery dispute, generally pursuant to Rule 7(b) of the Federal Rules of Civil Procedure an application to the court for an order must be made by a written motion, and a letter does not comply with the Federal Rules of Civil Procedure. In this case, Burton's letter does not concern a discovery dispute. And we will take no further action on her letter.

As we have before, we note for Burton's benefit that since her claims in this case concern her treatment while she was at SCI Muncy, events that happened after she was transferred from SCI Muncy to SCI Houtzdale are not related to this case. Burton may, if otherwise appropriate, file a separate case regarding events at SCI Houtzdale. But since SCI Houtzdale is in the Western District of Pennsylvania, any such case should be filed in the United States District Court for the Western District of Pennsylvania.

Based on the foregoing, **IT IS ORDERED** that the court will take no action on Burton's letter.

*S/Susan E. Schwab*  
Susan E. Schwab  
United States Magistrate Judge